SARAH E. MURNICK, Doing Business under the Name of WILMUR KNITTING MILLS, Respondent, *v.* NATIONAL-BEN FRANKLIN FIRE INSURANCE COMPANY OF PITTSBURG et al., Appellants.

Argued January 14, 1937; decided March 9, 1937.

*John L. Fletcher* for appellants.

*Charles Abrams* and *Morris J. Helman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS, J. Taking no part: FINCH, J.